1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

UNITED STATES OF AMERICA,

11

        Plaintiff,

12

   v.

13

EDWARD WOODRUFF,

14

        Defendant.

Case No. CR06-5599FDB

ORDER GRANTING MOTIONS DUE
DATE CONTINUANCE and
DENYING TRIAL DATE
CONTINUANCE

15

16

17

18

     Defendant moves to continue the pretrial motions due date as well as the trial date in order to have more time to review discovery.  The current motion cut-off date is December 13, 2006, and the trial date is February 20, 2007.  The Court declines to continue the trial date, but will grant some leeway as to the due date for motions.  ACCORDINGLY,

19

     IT IS ORDERED:   The Pretrial Motions Deadline is continued to January 11, 2007.

20

     DATED this 15th day of December, 2006.

21

22

23

                             FRANKLIN D. BURGESS
                             UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1