Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,          )<br>                                                              )<br>vs.                                                         )<br>                                                              )<br>                                                              )<br>EDWARD WOODRUFF,                  )<br>                                                              )<br>                                                              )<br>                        Defendant.       )<br>_____) | NO.  CR06-5599FDB<br><br>ORDER CONTINUING THE<br>TRIAL DATE AND SETTING<br>A NEW PRE-TRIAL<br>CONFERENCE DATE |

       Before this court is a stipulated motion for a continuance of the due date of the pre-trial motions and the trial, which is set for February 20, 2007.  Defendant, Edward Woodruff, has filed a Motion to Suppress Evidence and the Government needs additional time to respond to that motion. Additionally, counsel for the Government and the defense have represented to the Court that they need additional time to determine whether the defendant qualifies as a "career offender" under the United States Sentencing Guidelines.

       Defendant is in custody.  Further, the defendant is aware of this motion, and has no objection to a continuance, and join in this motion.  Defendants shall file a waiver of speedy trial through April 30, 2007.

       That the court finds, based upon the facts set forth in the stipulated motion, which are hereby adopted as findings of fact and incorporated herein by

AGREED ORDER CONTINUING DUE DATE
FOR PRE-TRIAL MOTIONS CUTOFF,
PRE-TRIAL CONFERENCE & TRIAL DATE - 1

LAW OFFICES OF
**MICHAEL SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 272-7161

reference, and, after a consideration of all relevant information and the circumstances of this case, that without this continuance the defendants will be prejudiced and the ability to properly prepare for trial would be impaired.  Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion for continuance to ensure continuity of counsel and adequate trial preparation.  The ends of justice outweigh the best interests of the public and the defendants in having the matter brought to trial sooner.

For these reasons, the court finds the defendant's motion for a trial continuance should be granted.

The trial brief, proposed jury instructions, witness list, any written stipulations, proposed verdict forms and motions in limine shall be submitted by March 29, 2007.

The pre-trial conference scheduled for February 9, 2007 is VACATED. Pre-trial conference hearing shall be SCHEDULED FOR April 6, 2007 at 9:30 a.m. in Tacoma, Washington.

The trial date scheduled for February 20, 2007 is VACATED.  Trial shall be RESCHEDULED TO April 16, 2007 at 9:00 a.m. in Tacoma, Washington.

//
//
//

AGREED ORDER CONTINUING DUE DATE
FOR PRE-TRIAL MOTIONS CUTOFF,
PRE-TRIAL CONFERENCE & TRIAL DATE - 2

LAW OFFICES OF
**MICHAEL SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 272-7161

1

2
        The period of delay resulting from this continuance from the current trial

3
date of February 20, 2007, up to and including the new trial date of April 16, 2007 is

4
hereby excluded for speedy trial purposes under 18 U.S.C. 3161(h)(8)(A) and (B) for

5
purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §

6
3161-3174.

7
        IT IS SO ORDERED.
DONE this 8th day of February, 2007.

8

9

10

11

                                  FRANKLIN D. BURGESS

12

                                  UNITED STATES DISTRICT JUDGE

13
Presented by:

14
LAW OFFICES OF MICHAEL E. SCHWARTZ, INC.

15
Attorney for Edward Woodruff

16
By: /s/

17
   Michael Schwartz, WSBA #21824

18
 Approved by:

19
UNITED STATES ATTORNEY'S OFFICE

20
By:   APPROVED TELEPHONICALLY

21
   Kent Liu

22
   Assistant United States Attorney

23

AGREED ORDER CONTINUING DUE DATE
FOR PRE-TRIAL MOTIONS CUTOFF,
PRE-TRIAL CONFERENCE & TRIAL DATE - 3

LAW OFFICES OF
**MICHAEL SCHWARTZ, INC.**
524 TACOMA AVENUE SOUTH
TACOMA, WASHINGTON 98402
(253) 272-7161